| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Toia T. Brown<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5272<br>EIN: __–_____ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: 13  6/22/18 | |
| Case number: | 18–00441–SMT | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                        12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Toia T. Brown | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5018 Ivory Walters Lane, SE<br>Washington, DC 20019 | |
| 4. | **Debtor's attorney**<br>Name and address | Tommy Andrews Jr.<br>122 North Alfred Street<br>Alexandria, VA 22314 | Contact phone 703–838–9004<br>Email: tandrews@andrewslaw.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Nancy Spencer Grigsby<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401 | Contact phone 301–805–4700<br>Email: grigsbyecf@ch13md.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br>Contact phone (202) 354–3280<br>Date: 6/22/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 16, 2018 at 1:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**1st Floor, US Courthouse, 333 Constitution Ave., NW, Washington, DC 20001** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/14/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/31/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/19/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **Hearing on Confirmation of the Plan** | | |
| Date:  **August 17, 2018**                    Time:  **9:30 AM** | | |
| Location:  U.S. Courthouse, 333 Constitution Ave., NW, Washington, DC 20001 | | |
| **9. Filing of plan** | The debtor has filed a plan. The hearing on confirmation will be held on:<br>**8/17/18** at **9:30 AM** , Location: **U.S. Courthouse, 333 Constitution Ave., NW, Washington, DC 20001** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
District of Columbia

In re:                                                                Case No. 18-00441-SMT
Toia T. Brown                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1           User: admin              Page 1 of 2              Date Rcvd: Jun 22, 2018
                               Form ID: 309I            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db          +Toia T. Brown,    5018 Ivory Walters Lane, SE,    Washington, DC 20019-5913
tr          +Nancy Spencer Grigsby,    185 Admiral Cochrane Dr.,    Suite 240,    Annapolis, MD 21401-7623
smg          Child Support Services Division,    Office of the Attorney General,
             Judiciary Square 441 4th Street, NW,    5th Floor,    Washington, DC  20001
smg         +District Unemployment Compensation Board,    4058 Minnesota Ave., NE,    4th Floor,
             Washington, DC 20019-3540
smg         +Office of Attorney General,    Tax, Bankruptcy, and Finance,    One Judiciary Square,
             441 4th Street, NW,    6th Floor,   Washington, DC 20001-2714
smg          U.S. Attorney's Office,    Civil Division - Judiciary Ct. Building,    555 4th St., N.W.,
             4th Floor,    Washington, DC  20001-2733
ust         +U. S. Trustee for Region Four,    U. S. Trustee's Office,    115 South Union St,
             Suite 210 Plaza Level,    Alexandria, VA 22314-3317
715436      +Early Warning Services,    16552 N 90th St.,    Scottsdale AZ 85260-1619
715430       Equifax Check Services,    PO Box 30272,    Tampa FL 33630-3272
715433      +Experian,   475 Anton Blvd,    Costa Mesa CA 92626-7037
715439      +Glenncrest Resident Assoc.,    c/o Kriegsfield Corp.,    2905 Pomeroy Rd., SE,    Suite 102,
             Washington DC 20020-5968
715441      +Orlans, PC,    PO Box 2548,    Leesburg VA 20177-7754
715443      +Seterus, Inc.,    Attn: Bankruptcy,    Po Box 1077,    Hartford CT 06143-1077
715432      +TransUnion,    P.O. Box 2000,    Chester PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: tandrews@andrewslaw.net Jun 22 2018 22:53:28     Tommy Andrews, Jr.,
             122 North Alfred Street,    Alexandria, VA  22314
smg         +E-mail/Text: angela.coleman@dc.gov Jun 22 2018 22:53:30     D.C. Office of Tax and Revenue,
             Bankruptcy Division,    1101 4th Street SW,    Washington, DC 20024-4457
715429       +Fax: 602-659-2196 Jun 22 2018 23:07:10     ChexSystems,    Attn: Consumer Relations,
             7805 Hudson Rd., Suite 100,    Saint Paul MN 55125-1703
715435      +E-mail/Text: angela.coleman@dc.gov Jun 22 2018 22:53:30     DC Office of Tax and Revenue,
             1101 4th St., SW, 6th Floor,    Washington DC 20024-4457
715437      +E-mail/Text: bankruptcy@fedpacific.com Jun 22 2018 22:53:31     Federal Pacific Credit,
             140 W 2100 S # Sste220,    Salt Lake City UT 84115-1861
715438      +EDI: AMINFOFP.COM Jun 23 2018 03:49:00     First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls SD 57104-4868
715434       EDI: IRS.COM Jun 23 2018 03:49:00     Internal Revenue Service - DC,    Centralized Insolvency,
             P.O. Box 7346,    Philadelphia PA 19101-7346
715440      +E-mail/Text: helen.ledford@nrsagency.com Jun 22 2018 22:53:32     Natiowide Recovery Service,
             Attn: Bankruptcy,    Po Box 8005,    Cleveland TN 37320-8005
715442      +EDI: DRIV.COM Jun 23 2018 03:48:00     Santander Consumer USA,    Po Box 961245,
             Ft Worth TX 76161-0244
715444      +EDI: SWCR.COM Jun 23 2018 03:49:00     Southwest Credit Systems,    4120 International Parkway,
             Suite 1100,    Carrollton TX 75007-1958
715445      +EDI: RMSC.COM Jun 23 2018 03:49:00     Synchrony Bank/Amazon,    Attn:  Bankruptcy Dept,
             Po Box 965060,    Orlando FL 32896-5060
715431       E-mail/Text: epr@telecheck.com Jun 22 2018 22:53:32     Telecheck Services, Inc.,
             5251 Westheimer,    Houston TX 77056
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
715446          VA Unemployment
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                         Signature:  /s/Joseph Speetjens

```
District/off: 0090-1                User: admin                  Page 2 of 2                  Date Rcvd: Jun 22, 2018
                                    Form ID: 309I                Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              Nancy Spencer Grigsby    grigsbyecf@ch13md.com
              Tommy   Andrews, Jr.    on behalf of Debtor Toia T. Brown tandrews@andrewslaw.net,
               derek@andrewslaw.net;khill@andrewslaw.net;vanessa@andrewslaw.net
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```