# United States Bankruptcy Court
## Dist. of Columbia

In re  **Toia T. Brown**                                                                 Case No.  **18-00441**
                          Debtor(s)                                                       Chapter    **13**

## AMENDMENT TO LIST OF CREDITORS AND MAILING
## MATRIX TO ADD PREVIOUSLY UNLISTED ENTITY OR ENTITIES

    1. for the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is **amended to add the name and address of each such entity.** The attached list, consists of **1** pages and a total of **1** entities listed with their correct addresses.

    2. As hereby amended (and as amended by any prior amendments filed and by an amendment(s) being filed contemporaneously herewith), the List of Creditors and Mailing Matrix contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **August  1, 2018** by:

        **/s/ Toia T. Brown**
        Debtor

    Executed on **August  1, 2018** by:

        Joint Debtor (if joint case filed by both spouses)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy