```
T-MOBILE
C/O AMERICAN INFOSOURCE LP
4515 N. SANTA FE AVE.
OKLAHOMA CITY OK 73118
```