**LOCAL OFFICIAL FORM No. 13**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                                        )
Toia Brown                                              )   Case No. 18-00441
                                                             )   (Chapter  13  )
                             Debtor(s).      )

**LBR 1009-2(e) CERTIFICATE OF SERVICE OF PAPERS
REQUIRED TO BE MAILED TO ENTITIES AFFECTED BY
AMENDMENT OF LIST OF CREDITORS AND MAILING MATRIX**

In compliance with LBR 1009-2(e), I certify that I have mailed to each entity affected by the amendments, filed this date, to the debtor's list of creditors and mailing matrix (other than entities being deleted by the amendments) copies of the following documents:

(1)   the notice of the commencement of the bankruptcy case;

(2)   any notice from the clerk regarding conversion of the case;

(3)   any notice of the meeting of creditors;

(4)   any notice sent to all creditors regarding a deadline for opposing any motion not yet decided or any hearing not yet held;

(5)   any notice to creditors of the deadline for filing any of the following:

   (A)   a proof of claim; and

   (B)   an objection to a disclosure statement not yet approved or to a plan not yet confirmed; and

(6)   any currently proposed or already confirmed plan affecting the entities and any order confirming the plan, but the party need not mail a copy of the certificate of service to the affected entities.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 08 / 07 / 2018

Signature: /s/ Tommy Andrews, Jr.

Type or Print Name: Tommy Andrews, Jr.